

AARON R. EASLEY
(908) 237-1660
aeasley@sessions-law.biz

January 24, 2020

**Via ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

    Re: **Justin M. Finucane v. Nationwide Credit, Inc. et al.**
           **Case No. 1:19-cv-11090**

Dear Judge Engelmayer:

    Sessions, Fishman, Nathan & Israel represents defendants in this matter. Currently, the parties scheduled to appear before Your Honor for a Scheduling Conference on February 11, 2020.

    This letter serves as the undersigned's request, with consent from counsel for plaintiff, that the Conference be adjourned. The impetus for this request is that the undersigned will be out of state on the date assigned by the Court. Counsel have conferred and determined February 18 and 21 are open on their respective calendars, and they are hopeful Your Honor is available to on either date between the 11 a.m. and 1 p.m. time frame.

                               Respectfully submitted,

                               /s/ Aaron R. Easley
                               Aaron R. Easley

ARE:cjg

cc: Counsel of Record (via ECF)

---

Granted. The Court is unavailable on either of the dates proposed by counsel. The Initial Pretrial Conference is adjourned to March 6, 2020, at 10:00 a.m. Pre-conference submissions are due by March 2, 2020. SO ORDERED.

                        _/s/ Paul A. Engelmayer_         1/24/2020
                          PAUL A. ENGELMAYER
                          United States District Judge